NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KATHY WRIGHT,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED PARCEL SERVICE, INC.; a corporation and DOES 1 THROUGH 50, Inclusive,<br><br>        Defendants. | Case No. SACV11-01563 DOC (RNBx)<br><br>**JUDGMENT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: June 16, 2011<br><br>Dept.: 9D<br>Judge: Hon. David O. Carter<br><br>Magistrate Judge: Hon. Robert N. Block<br><br>Trial Date: November 13, 2012 |

-1-   Case No. SACV11-01563 DOC (RNBx)
JUDGMENT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S MOTION FOR SUMMARY JUDGMENT

1   Upon full consideration of all the papers submitted in support of and in
2   opposition to the motion, the evidence presented by the parties, and a decision having
3   been duly rendered, the Court **GRANTS** Defendant United Parcel Service, Inc.'s
4   Motion for Summary Judgment, or in the Alternative, Summary Adjudication.
5   IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of
6   Defendant and against Plaintiff as follows:
7   1.   Plaintiff shall take nothing and the action be dismissed on the merits; and
8   2.   Defendant United Parcel Service, Inc. shall recover from Plaintiff its
9   costs of suit herein, **other than attorney's fees.**

Dated:  October 24, 2012

_/s/ David O. Carter_
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

00775979.DOC

-2-   Case No. SACV11-01563 DOC (RNBx)
JUDGMENT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S
MOTION FOR SUMMARY JUDGMENT