NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KATHY WRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; a corporation and DOES 1 THROUGH 50, Inclusive,<br><br>        Defendants. | Case No. SACV11-01563 DOC (RNBx)<br><br>**JUDGMENT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  June 16, 2011<br><br>Dept.:    9D<br>Judge:    Hon. David O. Carter<br><br>Magistrate Judge: Hon. Robert N. Block<br><br>Trial Date: November 13, 2012 |

Upon full consideration of all the papers submitted in support of and in opposition to the motion, the evidence presented by the parties, and a decision having been duly rendered, the Court **GRANTS** Defendant United Parcel Service, Inc.'s Motion for Summary Judgment, or in the Alternative, Summary Adjudication.

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendant and against Plaintiff as follows:

1. Plaintiff shall take nothing and the action be dismissed on the merits; and
2. Defendant United Parcel Service, Inc. shall recover from Plaintiff its costs of suit herein, **other than attorney's fees.**

Dated: October 24, 2012         *David O. Carter*
                                _____
                                HON. DAVID O. CARTER
                                U.S. DISTRICT COURT JUDGE

00775979.DOC

-2-        Case No. SACV11-01563 DOC (RNBx)
JUDGMENT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE INC.'S MOTION FOR SUMMARY JUDGMENT